AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____    District of _____ New York _____

CENGAGE LEARNING, INC. (f/k/a THOMSON
LEARNING, INC.) PEARSON EDUCATION, INC.
and JOHN WILEY & SONS, INC.
                        V.      Plaintiffs,

EXPRESSTEXT, SETTHAPHON
PHUMIWASANA, and  TRIPHON
PHUMIWASANA,

                        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CV 03354

## JUDGE BUCHWALD

TO: (Name and address of Defendant)

Setthaphon Phumiwasana
4333 W. 190th Street
Torrance, California, 90504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 0 4 2008

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>04/08/08 2:00pm |
| NAME OF SERVER *(PRINT)*<br>Fredy Escobar | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 4333 W 190th Street Torrance, Ca. 90504X

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Valaiporn Pornsophon, sister in law

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>$0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/09/08
Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.