%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CENGAGE LEARNING, INC. (f/k/a
THOMSON LEARNING, INC.) PEARSON
EDUCATION, INC. and JOHN WILEY & SONS, INC.
         V.      Plaintiffs,

EXPRESSTEXT, SETHTHAPOHON
PHUMIWASANA, AND TRIPHON
PHUMIWASANA,
         Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 03354

JUDGE BUCHWALD

TO: (Name and address of Defendant)

Expresstext
4333 W.190th Street
Torrance, California 90504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                           APR 0 4 2008

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>04/08 1:58pm |
| NAME OF SERVER (PRINT)<br>Fredy Escobar | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4333 W. 190th Street Torrance, Ca. 90504
   Accepted by Valaiporn Pornsophon. Authorized person to accept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/09/08
              Date                              Signature of Server

                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.