Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CENGAGE LEARNING, INC.
(f/k/a THOMSON LEARNING, INC.),
PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., and

          Plaintiffs,

-against-

EXPRESSTEXT,
SETTHAPHON PHUMIWASANA, and
TRIPHON PHUMIWASANA,

          Defendants.

-----------------------------------------------------------x

Case No.: 08 CV 03354 (NRB)

STIPULATION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs, CENGAGE LEARNING, INC. (f/k/a THOMSON LEARNING, INC.), PEARSON EDUCATION, INC., and JOHN WILEY & SONS, INC., and counsel for Defendants EXPRESSTEXT, SETTHAPHON PHUMIWASANA and TRIPHON PHUMIWASANA, that the parties hereby agree to the following:

1. The time for Defendants to appear and to answer the Summons and Complaint in this action is hereby extended to and include the 30th day of June, 2008; and

2. The Defendants agree to waive any jurisdictional objections and consent to personal jurisdiction in this action.

Dated: New York, New York
May 28, 2008

Respectfully submitted,

COZEN O'CONNER

*[signature]*

Aaron Georghiades, Esq. (AG8110)
909 Third Avenue
New York, NY 10022
212-453-3890
*Attorney for Plaintiffs*
*Cengage Learning, Inc.,*
*(f/k/a Thomson Learning, Inc.),*
*Pearson Education, Inc., and*
*John Wiley & Sons, Inc.*

Codispoti & Mancinelli, LLP

*[signature]*

Bruno F. Codispoti, Esq. (BC 4568)
111 John Street, Suite 800
New York, New York 10038
(212) 962-6525
*Attorneys for Defendants*
*Expresstext,*
*Setthaphon Phumiwasana, and*
*Triphon Phumiwasana*

N:\Documents\C&M Documents\Clients\Expresstext\Cengage Learning\Stip Extending Time to Answer 3

SO ORDERED:

*[signature]*
U.S.D.J.    6/3/08