UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CENGAGE LEARNING, INC. :
(f/k/a THOMSON LEARNING, INC.) :
PEARSON EDUCATION, INC. :
JOHN WILEY & SONS, INC., and :
 :
                            Plaintiffs, :      **FED. R. CIV. P. 7.1**
 :      **STATEMENT**
    -against- :
 :
EXPRESSTEXT, :
SETTHAPHON PHUMIWASANA, and :
TRIPHON PHUMIWASANA, :
 :
                           Defendants. :
-----------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff, John Wiley & Sons, Inc.</u> (a private non-governmental party) certifies that Plaintiff John Wiley & Sons, Inc. is a not subsidiary of any publicly held corporation and there is no public company which owns 10% or more of John Wiley & Sons, Inc.'s stock.

Dated: New York, New York
       June 26, 2008

                                                     COZEN O'CONNOR

                                                     By: _____
                                                     Aaron Georghiades, Esq. (AG8110)
                                                       Attorneys for Plaintiffs
                                                       Cengage Learning, Inc., Pearson Education,
                                                       Inc., John Wiley & Sons, Inc., and The
                                                       McGraw-Hill Companies
                                                       909 Third Avenue
                                                       New York, New York 10017
                                                       Phone: (212) 453-3890
                                                       Facsimile: (877) 526-3076
                                                       E-mail:ageorghiades@cozen.com