UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CENGAGE LEARNING, INC.                                       :
(f/k/a THOMSON LEARNING, INC.)                               :
PEARSON EDUCATION, INC.                                      :
JOHN WILEY & SONS, INC., and                                 :
                                                             :
                                  Plaintiffs,                :     **FED. R. CIV. P. 7.1**
                                                             :     **STATEMENT**
        -against-                                            :
                                                             :
EXPRESSTEXT,                                                 :
SETTHAPHON PHUMIWASANA, and                                  :
TRIPHON PHUMIWASANA,                                         :
                                                             :
                                  Defendants.                :
-------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Cengage Learning, Inc.</u> (a private non-governmental party) certifies that Plaintiff Cengage Learning, Inc. is a not subsidiary of any publicly held corporation and there is no public company which owns 10% or more of Cengage Learning Inc.'s stock.


Dated: New York, New York
       June 26, 2008

                                         COZEN O'CONNOR

                                         By: <u>/s/ Aaron Georghiades</u>
                                        Aaron Georghiades, Esq. (AG8110)
                                        Attorneys for Plaintiffs
                                        Cengage Learning, Inc., Pearson Education,
                                        Inc., John Wiley & Sons, Inc., and The
                                        McGraw-Hill Companies
                                        909 Third Avenue
                                        New York, New York 10017
                                        Phone: (212) 453-3890
                                        Facsimile: (877) 526-3076
                                        E-mail: ageorghiades@cozen.com