UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CENGAGE LEARNING, INC.                            :
(f/k/a THOMSON LEARNING, INC.)                    :
PEARSON EDUCATION, INC.                           :
JOHN WILEY & SONS, INC., and                      :
                                                  :
                         Plaintiffs,              :    **FED. R. CIV. P. 7.1**
                                                  :    **STATEMENT**
     -against-                                    :
                                                  :
EXPRESSTEXT,                                      :
SETTHAPHON PHUMIWASANA, and                       :
TRIPHON PHUMIWASANA,                              :
                                                  :
                         Defendants.              :
------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Pearson Education, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Plaintiff Pearson Education, Inc is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson Education, Inc. also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on the exchanges indicated: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

Dated: New York, New York
       June 26, 2008

                                      COZEN O'CONNOR

                                      By: _____
                                      Aaron Georghiades, Esq. (AG8110)
                                      Attorneys for Plaintiffs
                                      Cengage Learning, Inc., Pearson Education, Inc.,
                                      John Wiley & Sons, Inc., and The McGraw-Hill
                                      Companies
                                      909 Third Avenue
                                      New York, New York 10017
                                      Phone: (212) 453-3890
                                      Facsimile: (877) 526-3076
                                      E-mail: ageorghiades@cozen.com