UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CENGAGE LEARNING, INC.                             :
(f/k/a THOMSON LEARNING, INC.)                     :   08 Civ. 03354 (NRB)
PEARSON EDUCATION, INC.                            :
JOHN WILEY & SONS, INC., and                       :
                                                   :   **AFFIDAVIT OF**
                              Plaintiffs,          :   **SERVICE**
                                                   :
            - against -                            :
                                                   :
EXPRESSTEXT,
SETTHAPHON PHUMIWASANA, and
TRIPHON PHUMIWASANA,

                              Defendants
-------------------------------------------------------------- x


LARISSA KASSIANOS, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 909 Third Avenue, 17th Floor, New York, New York 10022.

2. On June 30, 2008, Deponent served the within First Amended Complaint, via First Class mail, upon:

Erik M. Bashian, Esq.
Codispoti & Mancinelli, LLP
111 John Street, Suite 800
New York, New York 10038-3002

_____
Larissa Kassianos

Sworn to before me on this
the 30th day of June 2008

_____
Notary Public

TODD V. LAMB
Notary Public, State of New York
No. 02LA5040678
Qualified in New York County
Commission Expires Mar. 20, 2011

NEWYORK_MIDTOWN\686093\1 216729.000