


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

**MEMO ENDORSED**

A PROFESSIONAL CORPORATION

17TH FLOOR   909 THIRD AVENUE   NEW YORK, NY 10022-7431
212.509.9400   800.437.7040   212.207.4938 FAX   www.cozen.com

July 23, 2008

Aaron P. Georghiades
Direct Phone 212-453-3890
Direct Fax   877-526-3076
ageorghiades@cozen.com

**VIA FIRST CLASS MAIL:** (212) 805-7927

Hon. Judge Naomi R. Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St., Room 2270
New York, NY 10007

Re:   Cengage Learning et al. v. Expresstext et al
      08-Civ-03354

Dear Hon. Judge Buchwald:

Our firm represents the plaintiffs, Cengage Learning, Inc., John Wiley & Sons, Inc., and Pearson Education, Inc. in the above-captioned matter.

I am writing to seek an adjournment of the pretrial conference currently scheduled for August 4, 2008, at 4:00 p.m. The reason for this request is that I have a prior engagement that requires me to be outside of New York on August 4th. Defendants' counsel has consented to this request. Should the adjournment request be granted, the following dates and times are convenient for all parties: August 11th through August 15th, or August 25th through August 29th, at any time convenient for this Court during those days.

In addition, the parties have begun meaningful settlement discussions that have taken place in person. An adjournment of the pretrial conference will provide counsel with additional time to develop these settlement negotiations.

If you have any questions, or if the above suggested dates are inconvenient, please contact me at the above telephone number.

*[Handwritten endorsement:]* The conference is adjourned until August 12, 2008 at 4:30. So Ordered. [signature] USDJ 7/24/08

Hon. Judge Naomi R. Buchwald
July 23, 2008
Page 2

Sincerely,

COZEN O'CONNOR

By: Aaron P. Georghiades

APG

cc: Bruno F. Codispoti, Esq.
Codispoti & Mancinelli, LLP
*Attorneys for Defendants*
111 John Street, Suite 800
New York, New York 10038-3002