```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CENGAGE LEARNING, INC.
(f/k/a THOMSON LEARNING, INC.),
PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., and

                Plaintiffs,

-against-

EXPRESSTEXT,
SETTHAPHON PHUMIWASANA, and
TRIPHON PHUMIWASANA,

                Defendants.
----------------------------------------------------------------x

Case No.: 08 CV 03354 (NRB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs, CENGAGE LEARNING, INC. (f/k/a THOMSON LEARNING, INC.), PEARSON EDUCATION, INC., and JOHN WILEY & SONS, INC., and counsel for Defendants EXPRESSTEXT, SETTHAPHON PHUMIWASANA and TRIPHON PHUMIWASANA, that the parties hereby agree that the time for Defendants to appear and answer the Summons and Amended Complaint in connection with this action is hereby extended to and include the 12th day of August, 2008.

Dated: New York, New York
July 22, 2008

COZEN O'CONNER

_____
Aaron Georgiades, Esq. (AG8110)
909 Third Avenue
New York, NY 10022
212-453-3890
*Attorney for Plaintiffs*

Respectfully submitted,

Codispoti & Mancinelli, LLP

_____
Bruno F. Codispoti, Esq. (BC-4568)
111 John Street, Suite 800
New York, New York 10038
(212) 962-6525
*Attorneys for Defendants*

SO ORDERED: July 4, 2008
                August 4

_____
U.S.D.J.